IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 26-cv-02321-STV                                          Date: July 14, 2026
Courtroom Deputy: Sonia Chaplin                              FTR – Courtroom A402

| | |
|---|---|
| *Parties:* | *Counsel:* |
| FIDENCIO GONZALEZ GUTIERREZ, | Miriam Rose Miller |
| Petitioner, | |
| v. | |
| GEORGE VALDEZ; *et al,* | Elizabeth Erin Puskar |
| Respondent. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session: 2:36 p.m.**

Court calls case. Appearances of counsel.

This matter is before the Court on the [ECF Doc. No 14] Motion to Enforce.

**Court in recess: 3:21 p.m.**
**Court in session: 3:25 p.m.**

For the reasons stated on the record, it is:

**ORDERED:**          The [14] Motion to Enforce is **DENIED**.

HEARING CONCLUDED.

**Court in recess: 3:34 p.m.**
Total time in court: 00:54

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*